# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Form:def3AP

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Brandon Heitmann | Case No.: 24−41956−mar<br>Chapter 13<br>Judge: Mark A. Randon |
| Alex and Rebecca Boyd<br>Plaintiff | Adv. Proc. No. 24−04125−mar |
| v. | |
| Brandon Heitmann et al.<br>Defendant | |

## NOTICE OF DEFICIENT FILING

It has been determined that the following document:

*1* – Adversary case 24−04125. (01 (Determination of removed claim or cause)): Notice of Removal by Defendant Brandon Heitmann, Amanda Pisarski, Cody Grandchamp, Henry Bell, Construction Contractors, LLC, Explore Industries, USA, Inc.. Receipt Number EXEMPT, Fee Amount $0.00 (Bassel, Robert)

(h) Certificate of Service Required. A party serving a Paper shall file a certificate of service. The certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Amended Document Missing
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Docket Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 d−1
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 5/3/24

BY THE COURT

Todd M. Stickle
Clerk, U.S. Bankruptcy Court