UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Case No. 24-41956 |
| | Chapter 13 |
| Brandon Heitmann, | Hon. Mark A. Randon |
|            Debtor. | |
| _____/ | |
| Alex and Rebecca Boyd | |
|            Plaintiffs, | |
| v. | Adversary Proceeding No. 24-04125 |
| Brandon Heitmann, Amanda Pisarski, Cody Grandchamp, Henry Bell, Construction Contractors, LLC, and Explore Industries USA Inc. | |
|            Defendants. | |
| _____/ | |

### **O**RDER **S**CHEDULING **S**TATUS **C**ONFERENCE **I**N **R**EMOVED **P**ROCEEDING

On May 2, 2024, Plaintiffs filed a Notice of Removal of a civil action to this Court. Federal Rule of Bankruptcy Procedure 9027 governs the procedure when an action has been removed to the Bankruptcy Court. Consistent with its normal practice, the Court has determined to schedule a status conference in this removed proceeding to inform the parties of their responsibility to comply with the provisions of Fed. R. Bankr. P. 9027. Accordingly,

**I**T **I**S **H**EREBY **O**RDERED that a status conference will be held in this removed proceeding on **May 20, 2024, at 2:00 p.m.**, before the Honorable Mark A. Randon, in Courtroom 1825, 211 West Fort Street, Detroit, Michigan 48226.

**It Is Further Ordered** that the parties shall comply with Fed. R. Bankr. P. 9027 including, but not limited to, the notice and service requirements of Fed. R. Bankr. P. 9027(b), (c), and (g), and the requirement under Fed. R. Bankr. P. 9027(e)(3), to timely file the statement required by that rule.

**It Is Further Ordered** that at the status conference, the Court will fix a deadline for the filing of any motions for remand pursuant to Fed. R. Bankr. P. 9027(d).

EFFECTIVE: JANUARY 1, 2024. Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503-1666, Conference ID 231 911 059#. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

**Signed on May 6, 2024**

/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**