# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

  Brandon Heitmann                                           Case No. 24-41956
                                                                       Chapter 13
  Debtor                                               Hon. Mark Randon
_____/

ALEX BOYD and REBECCA BOYD                    Adv. No. 24-04125-mar
                                                                     Hon. Mark Randon

        Plaintiffs,

                                                                          State Court Case No. 23-003864-CZ

    vs.

BRANDON HEITMANN, AMANDA PISARSKI, KODY
GRANDCHAMP, HENRY GIRARD BELL,
CONSTRUCTION CONTRACTORS, LLC, and
EXPLORE INDUSTRIES USA, INC.,

        Defendants,
_____/

## **AMENDED PROOF OF SERVICE**

        On 5/3/2024, I served a copy of the Notice of Removal upon counsel for the parties in the state court matter, and the Clerk of the Macomb County Circuit Court by U.S. Mail.

        LAW OFFICES OF JOHN F. HARRINGTON
        John F. Harrington (P40443)
        Attorney for Plaintiff
        30500 Van Dyke Ave., Suite 200
        Warren, MI 48093
        (586)751-3610
        attvsharrington@comcast.net


        KOTZ SANGSTER WYSOCKI P.C.
        Tyler P. Phillips (P78280)
        Yousef M. Farraj (P79760)
        Attorneys for Brandon Heitmann and Amanda Heitmann
        400 Renaissance Center, Suite 3400
        Detroit, MI 48243 (313)259-8300
        tphillips@kotzsangster.com
        vfarrai@kotzsangster.com

MICHIGAN JUSTICE, PLLC
Justin M. Majewski (P85095)
Attorneys for Defendants Bell & Construction Contractors
198 S. Main Street, Suite 2
Mt. Clemens, MI 48043 (586) 221-4100
jmajewski@michiganjustice.com

FOLEY, BARON, METZGER & JUIP, PLLC
Nicholas J. Tatro (P79146)
Attorneys for Defendant Explore Industries
38777 Six Mile Road, Suite 300
Livonia, MI 48152 (734) 742-1855
ntatro@fbmilaw.com

Macomb County Circuit Court
40 N Main St,
Mt Clemens, MI 48043


Respectfully submitted
By: /s/ Robert N. Bassel
Robert N. Bassel (P 48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
248.677-1234
bbassel@gmail.com