UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 13
　　　　Case No. 24-41956
Brandon Heitmann,  Hon. Mark A. Randon

　　　　Debtor.
_____/

Alex and Rebecca Boyd

　　　　Plaintiffs,  Adv. Proceeding No. 24-04125

v.

Brandon Heitmann, Amanda Pisarski,
Kody Grandchamp, Henry Bell, Construction
Contractors, LLC, and Explore Industries USA, INC.

　　　　Defendants.
_____/

## **APPEARANCE**

To: Clerk of the Court

Please take notice that Tyler P. Phillips of the law firm of **KOTZ SANGSTER WYSOCKI P.C.**, hereby enters his Appearance on behalf of Defendant, Amanda Pisarski, in this matter.

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

*/s/Tyler P. Phillips*
By: Tyler P. Phillips (P78280)
Attorneys for Amanda Pisarski
400 Renaissance Ctr, Ste. 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com

Dated: May 17, 2024

## CERTIFICATE OF SERVICE

I, Tyler P. Phillips, hereby certify that on the 17th day of May, 2024, I caused to be served APPEARANCE by: (1) the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Michigan; and (2) US mail, to the parties on the attached service list.

*/s/Tyler P. Phillips*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 24-04125-mar<br>Eastern District of Michigan<br>Detroit<br>Fri May 17 14:32:16 EDT 2024 | Goran Antovski<br>198 S Main St<br>Suite 2<br>Mt. Clemens, MI 48043-7917 | Robert N. Bassel<br>P.O. Box T<br>Clinton, MI 49236-0018 |
| Henry Bell<br>c/o Goran Antovski<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043-7917 | Construction Contractors, LLC<br>c/o Goran Antovski, Attorney<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043-7917 | Explore Industries, USA, Inc.<br>c/o Nicholas Tatro<br>Cambridge Center, 38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152 |
| Cody Grandchamp<br>c/o Jerry A. Lascoe, Attorney<br>103 South Street<br>Rochester, MI 48307-2236 | John F. Harrington<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093-2104 | Brandon Heitmann<br>60749 Forest Creek Dr<br>Washington Twp., MI 48094-1846 |
| Jerry A Lascoe<br>103 South Street<br>Rochester, MI 48307-2236 | Amanda Pisarski<br>60749 Forest Creek Dr<br>Washington, MI 48094-1846 | Nicholas Tatro<br>Cambridge Center<br>38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152-2660 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alex Boyd | (u)Rebecca Boyd | End of Label Matrix<br>Mailable recipients  11<br>Bypassed recipients   2<br>Total                 13 |