UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 13
                                                Case No. 24-41956
Brandon Heitmann,                               Hon. Mark A. Randon

       Debtor.

_____/

Alex and Rebecca Boyd

       Plaintiffs,                    Adv. Proceeding No. 24-04125

v.

Brandon Heitmann, Amanda Pisarski,
Kody Grandchamp, Henry Bell, Construction
Contractors, LLC, and Explore Industries USA, INC.

       Defendants.

_____/

## **DEFENDANT AMANDA PISARSKI'S STATEMENT OF CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3)**

Defendant Amanda Pisarski, by and through her undersigned counsel, states she consents to entry of final orders or judgment by the bankruptcy court pursuant to Fed. R. Bankr. P. 9027 (e)(3).

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

Dated: May 17, 2024

*/s/Tyler P. Phillips*
By: Tyler P. Phillips (P78280)
     Yousef M. Farraj (P79760)
Attorneys for Amanda Pisarski
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

## CERTIFICATE OF SERVICE

I, Tyler P. Phillips, hereby certify that on the 17th day of May, 2024, I caused to be served DEFENDANT AMANDA PISARSKI'S STATEMENT OF CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3) by: (1) the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Michigan; and (2) US mail, to the parties on the attached service list.

*/s/Tyler P. Phillips*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 24-04125-mar<br>Eastern District of Michigan<br>Detroit<br>Fri May 17 14:32:16 EDT 2024 | Goran Antovski<br>198 S Main St<br>Suite 2<br>Mt. Clemens, MI 48043-7917 | Robert N. Bassel<br>P.O. Box T<br>Clinton, MI 49236-0018 |
| Henry Bell<br>c/o Goran Antovski<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043-7917 | Construction Contractors, LLC<br>c/o Goran Antovski, Attorney<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043-7917 | Explore Industries, USA, Inc.<br>c/o Nicholas Tatro<br>Cambridge Center, 38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152 |
| Cody Grandchamp<br>c/o Jerry A. Lascoe, Attorney<br>103 South Street<br>Rochester, MI 48307-2236 | John F. Harrington<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093-2104 | Brandon Heitmann<br>60749 Forest Creek Dr<br>Washington Twp., MI 48094-1846 |
| Jerry A Lascoe<br>103 South Street<br>Rochester, MI 48307-2236 | Amanda Pisarski<br>60749 Forest Creek Dr<br>Washington, MI 48094-1846 | Nicholas Tatro<br>Cambridge Center<br>38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152-2660 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alex Boyd | (u)Rebecca Boyd | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     2<br>Total                  13 |