UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

   Brandon Heitmann                             Case No. 24-41956
                                               Chapter 13
   Debtor                                      Hon. Mark Randon
_____/
ALEX BOYD and REBECCA BOYD         Adv. No. 24-04125-mar
                                               Hon. Mark Randon

       Plaintiffs,

                                               State Court Case No.
                                               23-003864-CZ

vs.

BRANDON HEITMANN, AMANDA PISARSKI, KODY
GRANDCHAMP, HENRY GIRARD BELL,
CONSTRUCTION CONTRACTORS, LLC, and
EXPLORE INDUSTRIES USA, INC.,
       Defendants,
_____/

**DEFENDANT BRANDON HEITMANN'S STATEMENT OF CONSENT
TO ENTRY OF FINAL ORDERS OR JUDGMENTS
BY THE BANKRUPTCY COURT**

     Defendant Brandon Heitmann consents to entry of final orders or judgments by the bankruptcy court.

Respectfully submitted
By: /s/ Robert N. Bassel
Robert N. Bassel (P 48420)
Attorneys for Defendant Brandon Heitmann
P.O. Box T
Clinton, MI 49236
248.677.1234
bbassel@gmail.com