UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Brandon Heitmann | Case No. 24-41956 |
| | Chapter 13 |
| Debtor | Hon. Mark Randon |
| _____/ | |

| | |
|---|---|
| ALEX BOYD and REBECCA BOYD | Adv. No. 24-04125-mar |
| | Hon. Mark Randon |
| Plaintiffs, | |
| | State Court Case No. |
| | 23-003864-CZ |

vs.

BRANDON HEITMANN, AMANDA PISARSKI, KODY GRANDCHAMP, HENRY GIRARD BELL, CONSTRUCTION CONTRACTORS, LLC, and EXPLORE INDUSTRIES USA, INC.,

    Defendants,
_____/

## Stipulation In Support Of Entry Of Proposed Order Extending Time for Parties to File Motion to Remand

The parties hereby stipulate to the terms and conditions as set forth in the attached order, due to, among other things, a death in the immediate family of Plaintiff's counsel. The parties request an

extension of the deadline to file motions to remand this removed matter from June 20, 2024 to July 22, 2024.

Agreed to:
/s/ Robert N. Bassel
Robert N Bassel (P48420)
P O Box T
Attorney for Defendant Heitmann
Clinton, MI 49236-0000
248/677 1234
bbassel@gmail.com

 /s/ Goran Antovski
Goran Antovski, Attorney
Michigan Justice, PLLC
198 S Main St, Suite 2
Mt. Clemens, MI 48043
586-221-4100
Email: goran@michiganjustice.com
Counsel for Defendant
Henry Bell and Construction Contractors, LLC



 /s/ Jerry Lascoe
Jerry A. Lascoe, Attorney
Attorney for Cody Grandchamp
103 South Street
Rochester, MI 48307
jlascoe@lascoehorn.com

/s/ Tyler Phillips
Tyler Phillips, Attorney
400 Renaissance
Suite 3400
Detroit, MI 48243
(313) 259-8300
Email: tphillips@kotzsangster.com


/s/ John F. Harrington
John F. Harrington, Attorney
30500 Van Dyke Avenue, Suite M-200
Warren, MI 48093
586-751-3610
AttysHarrington@comcast.net
Counsel for Plaintiff

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Brandon Heitmann | Case No. 24-41956 |
| | Chapter 13 |
| Debtor | Hon. Mark Randon |

_____/

| | |
|---|---|
| ALEX BOYD and REBECCA BOYD | Adv. No. 24-04125-mar |
| | Hon. Mark Randon |
| Plaintiffs, | |
| | State Court Case No. |
| | 23-003864-CZ |

vs.

BRANDON HEITMANN, AMANDA PISARSKI, KODY GRANDCHAMP, HENRY GIRARD BELL, CONSTRUCTION CONTRACTORS, LLC, and EXPLORE INDUSTRIES USA, INC.,

Defendants,
_____/

### **P**ROPOSED **O**RDER **E**XTENDING **T**IME FOR **P**ARTIES TO **F**ILE **M**OTION TO **R**EMAND

This matter came before the Court upon the stipulation between the parties consenting to the terms of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**It Is Hereby Ordered** that the deadline to file a motion to remand this removed action shall be extended from June 20, 2024 to July 22, 2024.

5

24-04125-mar    Doc 13    Filed 06/08/24    Entered 06/08/24 10:57:10    Page 5 of 5