Form:nthrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

In Re: (NAME OF DEBTOR(S))　　　　　　　　　　Case No.: 24−41956−mar
Brandon Heitmann　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　Judge: Mark A. Randon

Alex Boyd et al.　　　　　　　　　　　　　　　　Adv. Proc. No. 24−04125−mar
Plaintiff

v.

Brandon Heitmann et al.
Defendant

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*15* − Motion for Remand to Macomb County Circuit Court Filed by Plaintiff Alex Boyd (Harrington, John)

*17* − Motion for Remand to Macomb County Circuit Court Filed by Defendants Henry Bell, Construction Contractors, LLC (Antovski, Goran)

will be held on: 9/9/24 at 02:00 PM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE: JANUARY 1, 2024. Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503−1666, Conference ID 231 911 059# Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate

Dated: 8/9/24

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　Todd M. Stickle, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court