UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
   Brandon Heitmann                      Case No. 24-41956
                                             Chapter 13
   Debtor                                Hon. Mark Randon
_____/

ALEX BOYD and                      Adv. No. 24-04125-mar
REBECCA BOYD                     Hon. Mark Randon
                                             State Court Case No. 23-003864-CZ

   Plaintiffs,

vs.

BRANDON HEITMANN, AMANDA PISARSKI, KODY
GRANDCHAMP, HENRY GIRARD BELL,
CONSTRUCTION CONTRACTORS, LLC, and
EXPLORE INDUSTRIES USA, INC.,
        Defendants.
_____/

## AMANDA PISARSKI'S OBJECTION TO MOTION FOR REMAND AND FOR ABSTENTION

Defendant Amanda Pisarski concurs with, and relies upon, Debtor's Objections to *Boyd*[1], *Carter*[2], and *Bell's* Motions for Remand.

Defendant Pisarski further states, that upon information and belief, Defendant Explore Industries USA, Inc., also objects to the Motions for Remand.

The *Boyd* and *Carter* Motions make numerous incorrect claims that the actions against the remaining non-debtor defendants are attenuated from the

---

[1] *Boyd v Exigent, et. al.*, Macomb County Circuit Court Case No. 23-003864-CZ
[2] *Carter v Exigent, et. al.*, Macomb County Circuit Court No. 23-003865-CZ

1

pending proceedings. This is patently false, as described in Debtor's Objection. It should be noted, the *Boyd* and *Carter* Motions for Remand list various factors the Court must consider in determining whether or not a matter should remain in Bankruptcy Court (factors relating to assessment of core-proceedings and abstention). Tellingly, the *Boyd* and *Carter* Motions are devoid of any analyses of these factors. The Motions simply concluded "*all these factors*" weigh in favor of remand.

    **WHEREFORE**, this Court should deny the Motions to Remand and for Abstention, and grant Defendant Pisarski such further relief as this Court deems just.

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

/s/Tyler P. Phillips
By:  Tyler P. Phillips (P78280)
Attorneys Amanda Pisarski
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com

Dated: August 9, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
   Brandon Heitmann                               Case No. 24-41956
                                                             Chapter 13
   Debtor                                             Hon. Mark Randon
_____/

ALEX BOYD and                             Adv. No. 24-04125-mar
REBECCA BOYD                           Hon. Mark Randon
                                                        State Court Case No. 23-003864-CZ

   Plaintiffs,

vs.

BRANDON HEITMANN, AMANDA PISARSKI, KODY
GRANDCHAMP, HENRY GIRARD BELL,
CONSTRUCTION CONTRACTORS, LLC, and
EXPLORE INDUSTRIES USA, INC.,
       Defendants.
_____/

## **CERTIFICATE OF SERVICE**

I, Tyler P. Phillips, hereby certify that on the 9th day of August, 2024, I caused to be served Amanda Pisarski's Objection to Motion for Remand and for Abstention by: (1) the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Michigan; and (2) US mail, to the parties on the attached service list.

                                      */s/Tyler P. Phillips*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 24-04125-mar<br>Eastern District of Michigan<br>Detroit<br>Fri Aug  9 13:38:42 EDT 2024 | Goran Antovski<br>Michigan Justice, PLLC<br>198 S Main St<br>Suite 2<br>Mt. Clemens, MI 48043-7917 | Robert N. Bassel<br>Robert Bassel, Attorney at Law<br>Pobox T<br>49236<br>Clinton, MI 49236-0018 |
| Henry Bell<br>c/o Goran Antovski<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043-7917 | Construction Contractors, LLC<br>c/o Goran Antovski, Attorney<br>198 S. Main St., Suite 2<br>Mt. Clemens, MI 48043-7917 | Explore Industries, USA, Inc.<br>c/o Nicholas Tatro<br>Cambridge Center, 38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152 |
| Cody Grandchamp<br>c/o Jerry A. Lascoe, Attorney<br>103 South Street<br>Rochester, MI 48307-2236 | John F. Harrington<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093-2104 | Brandon Heitmann<br>60749 Forest Creek Dr<br>Washington Twp., MI 48094-1846 |
| Jerry A Lascoe<br>103 South Street<br>Rochester, MI 48307-2236 | Tyler Phillips<br>400 Renaissance<br>Suite 3400<br>Detroit, MI 48243-1618 | Amanda Pisarski<br>60749 Forest Creek Dr<br>Washington, MI 48094-1846 |
| Nicholas J Tatro<br>Foley Baron Metzger & Juip, PLLC<br>38777 Six Mile Road<br>Suite 300<br>Livonia, MI 48152-2660 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alex Boyd | (u)Rebecca Boyd | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     2<br>Total                  14 |